No. 03–7416.  PITTMAN v. JONES, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–7418.  SIMMONS v. BRAXTON, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 03–7422.  WOJNICZ v. DAVIS, CLERK, SUPREME COURT OF MICHIGAN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–7423.  WILLIAMS v. GEORGIA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–7424.  SANDERS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–7426.  HENDROCK v. GILBERT.  C. A. 6th Cir.  Certiorari denied.

No. 03–7428.  PHILLIPS v. MITCHEM, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–7439.  SUTTLE v. BERTRAND, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 03–7440.  SCHMIDT v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–7445.  FORTENBERRY v. TEXAS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–7449.  HALL v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 03–7450.  HENRY v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 03–7460.  JOHNSON v. CALDERON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–7461.  WILCOX v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–7465.  HUNTER v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.